# EXHIBIT A

# RENOVATIONS

*"Servicing the Hospitality Industry Nationwide"*

P.O. BOX 65
HUGHES, ARKANSAS 72348
901-581-0202 • FAX 870-339-2362

| | | |
|---|---|---|
| **PROPOSAL SUBMITTED TO** MR. CHET PATEL | **PHONE** 610-256-0504 | **DATE** JULY 20, 05 |
| **STREET** 650 BALTIMORE PIKE | **JOB NAME** NEW HOWARD JOHNSON | |
| **CITY, STREET AND ZIP** PITTSBURGH, PA. 19064 | **JOB LOCATION** PITTSBURGH, PA. | |
| **ARCHITECT** | **DATE OF PLANS** | **JOB PHONE** |

We hereby submit specifications and estimates for:

RENOVATIONA TO COMPLETE ALL WORK AS OUTLINED IN PAGES TWO

ALL CONSTRUCTION DEBRIS TO BE REMOVED ON A DAILY BASIS AND PLACED IN OWNERS DUMPSTER.

ROOMS PROVIDED FOR WORKERS.

CONTRACTOR AGREES TO OBTAIN INSURANCE IN FORMS AND AMOUNTS REASONABLY REQUIRED BY OWNER AND/OR LENDER AND TO EXECUTE LIEN WAIVERS AS REQUIRED BY OWNER AND OR LENDER

OWNER HAS THE RIGHT TO TERMINATE THIS AGREEMENT IF WORKMANSHIP QUALITY STANDARDS ARE NOT MAINTAINED OR IF THERE ARE UNREASONABLE DELAYS THAT ARE WITHIN THE CONTROL OF THE CONTRACTOR

**We Propose** hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:
THREE HUNDRED THIRTY-THREE THOUSAND, EIGHT HUNDRED THIRTEEN ———— dollars ($ 333,813.00)

Payment to be made as follows:
DRAWS TO BE MADE EVERY TWO WEEKS AS WORK PROGRESSES.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation... All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

Authorized Signature _____
NOTE: This proposal may be withdrawn by us if not accepted within _____ days.

**Acceptance of Proposal** — The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: 8/26/05

By Signature _____
Signature Garry Hesselbac
Managing Member NHB, LLC

PAGE TWO

**NEW HOWARD JOHNSON**

PITTSBURG, PA.

LABOR ONLY:

**BATHROOMS 7 GUESTROOMS, DEMOLITION OF 135 ROOMS:**

| | |
|---|---:|
| 01. DEMO WALL TILE AND FLOOR TILE IN 135 ROOMS. | $6,750.00 |
| 02. DEMO WING WALLS AND CLOSET SHELVES, 135 ROOMS. | 2,975.00 |
| 03. DEMO BATHTUB, FAUCET AND COMMODE, 135 ROOMS. | 7,425.00 |
| 04. REMOVE VANITIES, VANITY MIRRORS, VANITY LIGHTS AND WALL HEATERS, 135 ROOMS. | 8,100.00 |
| 05. DEMO BATH CEILINGS IN 100 ROOMS. | 2,500.00 |
| 06. DEMO CEILINGS IN GUESTROOMS, 100 ROOMS. | 4,500.00 |
| 07. REMOVE VINYL, CARPET & BASE BOARD IN 135 ROOMS. | 5,400.00 |
| 08. REMOVE GUEST FURNITURE IN 135 ROOMS. | 4,050.00 |
| **SUB-TOTAL:** | **$41,020.00** |

**NEW CONSTRUCTION:**

| | |
|---|---:|
| 01. BUILD WING WALLS, FINISH FOR TEXTURE IN 135 ROOMS. | 4,725.00 |
| 02. INSTALL DROP CEILINGS IN 100 BATHROOMS & VANITY AREAS. | 7,500.00 |
| 03. INSTALL FURING STRIPS IN 40 ROOMS. | 2,000.00 |
| 04. BUILD WOOD FRAMES FOR CEILINGS IN 40 ROOMS. | 3,200.00 |
| 05. PATCH 135 GUESTROOM WALLS & 40 BATH CEILINGS, PATCHING NOT TO EXCEED 5%. | 5,400.00 |

## PAGE THREE

**NEW HOWARD JOHNSON**
**NEW CONSTRUCTION CONTINUED ——**

| | |
|---|---:|
| 06. INSTALL NEW DRYWALL IN BATHROOMS IN 135 ROOMS. | 18,900.00 |
| 07. INSTALL DRYWALL IN GUESTROOM CEILINGS, FINISH FOR TEXTURE IN 100 ROOMS. | 20,000.00 |
| 08. RUN NEW WIRING, INSTALL GFI PLUGS IN 135 ROOMS. | 5,050.00 |
| 09. RELOCATE ELECTRICAL OUTLETS & T.V. CABLES. | 4,050.00 |
| 10. INSTALL VANITY TOPS, FAUCETS, "P" TRAPS AND BUILD FRAMES FOR VANITY IN 135 ROOMS. | 12,825.00 |
| 11. TEXTUE AND PAINT GUESTROOM CEILINGS IN 135 ROOMS. | 16,875.00 |
| 12. TEXTURE AND PAINT BATH WALLS, VANITY WALLS AND GUESTROOM WALLS, APPROX. 650 S.F. IN 135 ROOMS. | 39,548.00 |
| 13. INSTALL TUB SURROUNDS OR TILE IN 135 ROOMS. | 27,675.00 |
| 14. INSTALL CARPET, 22 SQ YDS PER ROOM IN 135 ROOMS. | 39,548.00 |
| 15. TILE FLOORS IN BATHROOMS & VANITY AREAS IN 135 ROOMS. | 27,000.00 |
| 16. INSTALL GUES FURNITURE. | 27,000.00 |
| 17. INSTALL TILE BASE IN 135 BATHROOMS. | 4,725.00 |
| 18. INSTALL CARPET BASE IN 135 ROOMS. | 4,050.00 |
| 19. REMOVE A/C UNIT, SAND AND PAINT CANS, ISNTALL NEW A/C IN 135 ROOMS. | 4,725.00 |
| 20. INSTALL PRE-HUNG DOORS IN 135 ROOMS. | 6,750.00 |
| 21. PREP AND PAINT ENTRANCE DOORS, BATHROOM DOORS, AND JAMBS IN 135 ROOMS. | 9,450.00 |
| 22. INSTALL LIGHT AND FAN KITS IN 135 ROOMS. | 5,400.00 |
| 23. INSTALL COMMODES IN 135 ROOM | 4,050.00 |

NEW CONSTRUCTION CONTINUED -------

24. INSTALL TOWEL BARS, COAT RACKS, VANITY MIRRORS AND
    VANITY LIGHTS IN 135 ROOMS.                                            8,100.00

25. LABOR TO REMOVE 160 WINDOWS, BUILD A 2 X 4 WOOD
    FRAME & INSTALL OWNERS NEW WINDOWS, FINISH INSIDE
    FOR PAINT, OUTSIDE BY OTHERS.                                         14,400.00

                                    **NEW CONSTRUCTION SUB-TOTAL:     $292,793.00**

# EXHIBIT B

11/15/1995 11:50 8703392362 RENOVATIONS PAGE 10

# RENOVATIONS

Post Office Box 65
Hughes, Arkansas 72348
(870) 339-2844

# INVOICE No. 205322

| DATE | P.O. # |
|---|---|
| 1/24/06 | |

SOLD TO: MR. CHAT PATEL

ALPINE INN

650 BALTIMORE PIKE

SPRINGFIELD, PA. 19064

ALPINE INN (NEW HOWARD JOHNSON)

**JOB NAME**
650 BALTIMORE PIKE

**JOB LOCATION**
SPRINGFIELD, PA. 19064

CHANGE ORDER:

01. LABOR TO REPAIR CEILINGS IN 15 GUESTROOMS ON FIRST FLOOR DUE TO BUILDING CRACKING FROM OUTSIDE CONSTRUCTION, PAINT ENTIRE CEILINGS.     $900.00

02. LABOR TO INSTALL 60 SWEEPS ON BOTTOMS OF ENTRANCE DOORS IN 60 ROOMS.     720.00

$ 1,620.00



**RENOVATIONS**

Post Office Box 65
Hughes, Arkansas 72348
(870) 339-2844

**INVOICE No.** 205321

| DATE | P.O. # |
|---|---|
| 1/24/06 | |

SOLD TO: MR. CHAT PATEL
ALPINE INN
650 BALTIMORE PIKE
SPRINGFIELD, PA. 19064

ALPINE INN ( NEW HOWARD JOHNSON)
**JOB NAME** 650 BALTIMORE PIKE
**JOB LOCATION** SPRINGFIELD, PA. 19064

CHANGE ORDER:

01. LABOR TO REMOVE TWO PIECES OF TILE BASE
    AND REINSTALL & GROUT IN 60 ROOMS.         $720.00

02. LABOR TO REPAIR WALLS IN 3 ROOMS DUE
    TO PLUMBERS INSTALLING HOSE BIBS,
    TEXTURE AND PAINT.                          180.00

03- LABOR TO REPAIR CEILINGS IN 6 ROOMS
    DUE TO WATER LEAKS FROM ROOF AFTER
    REPAIRS AND PAINT ENTIRE CEILINGS.          360.00

                                TOTAL:       $1,260.00

11/15/1995  11:50    8703392362            RENOVATIONS                          PAGE  08

# RENOVATIONS

Post Office Box 65
Hughes, Arkansas 72348
(870) 339-2844

# INVOICE No. 205320

| DATE | P.O. # |
|---|---|
| 1/24/06 | |

SOLD TO  MR. CHAT PATEL

ALPINE INN

650 BALTIMORE PIKE

SPRINGFIELD, PA. 19064

ALPINE INN (NEW HOWARD JOHNSON)

**JOB NAME**
650 BALTIMORE PIKE

**JOB LOCATION**
SPRINGFIELD, PA. 19064

CHANGE ORDER:

LABOR TO CAULK AROUND 240 ELECTRICAL PLATES
IN 60 GUESTROOMS @ $7.00 EA.

TOTAL:  $420.00

# RENOVATIONS

Post Office Box 65
Hughes, Arkansas 72348
(870) 339-2844

# INVOICE No. 205317

| DATE | P.O. # |
|---|---|
| 1/24/06 | |

SOLD TO MR. CHAT PATEL

ALPINE INN

650 BALTIMORE PIKE

SPRINGFIELD, PA. 19064

ALPINE INN ( NEW HOWARD JOHNSON)
**JOB NAME**
650 BALTIMORE PIKE
**JOB LOCATION**
SPRINGFIELD, PA. 19064

CHANGE ORDER:

B BUILDING:

01.  LABOR TO INSTALL TOILET PAPER HOLDERS

TOTAL:   $600.00

# RENOVATIONS

Post Office Box 65
Hughes, Arkansas 72348
(870) 339-2844

# INVOICE No. 205316

| DATE | P.O. # |
|---|---|
| 1/24/06 | |

**SOLD TO** MR. CHAT PATEL

ALPINE INN

650 BALTIMORE PIKE

SPRINGFIELD, PA. 19064

ALPINE INN (NEW HOWARD JOHNSON)

**JOB NAME**
650 BALTIMORE PIKE

**JOB LOCATION**
SPRINGFIELD, PA. 19064

A BUILDING, CHANGE ORDER:

01. LABOR TO REMOVE 18 A/C CANS & LEVEL       $180.00

02. LABOR TO INSTALL 35 DOOR KNOBS            $525.00
    ( B BUILDING)

                                    TOTAL:    $705.00

# RENOVATIONS

Post Office Box 65
Hughes, Arkansas 72348
(870) 339-2844

# INVOICE No. 205312

| DATE | P.O.# |
|---|---|
| 12/13/05 | |

SOLD TO: MR. CHAT PATEL

ALPINE INN

650 BALTIMORE PIKE

SPRINGFIELD, PA. 19064

**JOB NAME:** ALPINE INN (NEW HOWARD JOHNSON)

**JOB LOCATION:** 650 BALTIMORE PIKE
SPRINGFIELD, PA. 19064

CHANGE ORDER:

| | | |
|---|---|---|
| 01. | LABOR TO BONDO DOOR FRAMES, SAND AND PAINT THE OUTSIDE OF ENTRANCE DOOR JAMBS, ALSO THE OUTSIDE OF WINDOW FRAMES. | $3,600.00 |
| 02. | LABOR TO INSTALL 60 THRESHOLDS. | 900.00 |
| 03. | LABOR TO RE-CUT OUT FOR HINGES FOR 31 ENTRANCE DOORS, ALSO CUT BOTTOMS & FRONT EDGE OF DOORS AND INSTALL METAL PLATES. | 2,015.00 |
| 04. | LABOR TO INSTALL HINGES ON 29 ENTRANCE DOORS, CUT BOTTOM OF METAL DOORS & INSTALL METAL PLATES. | 725.00 |
| | TOTAL: | $7,240.00 |